UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WESLEY S. RICKS, #499599 | CIVIL ACTION |
| VERSUS | NO. 23-1576 |
| STATE OF LOUISIANA, ET AL. | SECTION "J"(1) |

## **ORDER**

    The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 4), and Plaintiff's Supplemental Petition, construed as an untimely objection, (Rec. Doc. 5) hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

    Magistrate Judge Van Meerveld recommended Petitioner Wesley S. Ricks's 28 U.S.C. § 2254 application be dismissed for his failure to use the Court's approved form for § 2254 petitions and to either pay the required filing fee or submit an application to proceed in forma pauperis. Finding a failure to properly file a sufficient ground for dismissal, Judge Van Meerveld also observed the application to likely be in the wrong court, be a successive habeas application, and be frivolous even if construed as an action pursuant to 42 U.S.C. § 1983. In response, Petitioner fails to provide corrective action for his filing defects or address any of Judge Van Meerveld's observations. Instead, he contends the withholding of the transcript from his charging grand jury

1

renders his indictment null and void, entitling him to "an immediate release". (Rec. Doc. 5 at 1). Thus, Petitioner fails to present any actionable objection.

**IT IS HEREBY ORDERED** that Petitioner Wesley S. Ricks's objection (Rec. Doc. 5) is **OVERRULED**, and the Magistrate Judge's Report and Recommendation (Rec. Doc. 4) is **APPROVED** and **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that a certificate of appealability shall not be issued because Petitioner has not made a substantial showing of the denial of a constitutional right.

New Orleans, Louisiana, this 8th day of November, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE